## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. KALIS, | 3:17-cv-00554-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | November 26, 2018 |
| WICKMAN, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  Katie Lynn Ogden    REPORTER:  None Appearing

COUNSEL FOR PLAINTIFF(S):  None Appearing

COUNSEL FOR DEFENDANT(S):  None Appearing

**MINUTE ORDER IN CHAMBERS:**

The court referred this case to the Court's Inmate Early Mediation Program and entered a stay in this action for ninety (90) days to allow Plaintiff and Defendants an opportunity to settle their dispute before the $350.00 filing fee is paid, an answer is filed, or the discovery process begins (ECF No. 10). The order further directed the Office of Attorney General to file a report regarding the results of the 90-day stay either on or before ninety (90) days from entry of the screening order filed August 27, 2018.

An Early Mediation Conference ("EMC") has been scheduled for **December 4, 2018, at 8:30 a.m.** which is after the ninety (90) day stay is set to expire.

In view of the EMC being scheduled after the current deadline set for the 90-day status report, the stay is extended through **Friday, December 14, 2018**, to allow the Defendants time to file the 90-day status report. Defendants shall file the 90-day status report on or before that date.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk