AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775-684-1150
Email: drands@ag.nv.gov

*Attorneys for Defendant*
*Davis Brinkerhoff, Aaron Enbody,*
*Richard Payne, Lisa Walsh*
*and Harold Wickham*

```
FILED          RECEIVED
ENTERED        SERVED ON
     COUNSEL/PARTIES OF RECORD

     JUN 2 7 2019

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY:                   DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL J. KALIS,

    Plaintiff,

v.

WICKMAN, *et al.*,

    Defendants.

Case No. 3:17-cv-00554-MMD-WGC

**ORDER GRANTING**
**JOINT STIPULATION TO EXTEND TIME**
**TO FILE RESPONSE TO MOTION FOR**
**LEAVE TO FILE AMENDED COMPLAINT**

    Plaintiff, Michael J. Kalis, by and through counsel, Chad A. Bowers, Esq. and E. Brent Bryson, Esq. and Defendants Davis Brinkerhoff, Aaron Enbody, Richard Payne, Lisa Walsh and Harold Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree that the time for Defendants to file a response to Plaintiff's Motion for Leave to File Amended Complaint, ECF No. 30, shall be extended one week, until July 3, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The purpose of the Stipulation is to allow the parties additional time to discuss the Amended Complaint, and possibly arrive at a place where there can be a stipulation to amend. Due to the respective calendars of counsel, it has not been possible to arrive at an agreement prior to the original due date of June 27, 2019. Therefore, the parties stipulate and request an additional 7 days until the response is due.

DATED this 26th day of June, 2019.

AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

/s/ Chad A. Bowers
Chad A. Bowers, Esq.
Chad A. Bowers, Ltd.
3202 West Charleston Blvd.
Las Vegas, NV 89102

E. Brent Bryson, Esq.
E. Brent Bryson, Ltd.
7730 W. Sahara Ave, Suite 109
Las Vegas, NV 89117

*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
U.S. MAGISTRATE JUDGE

DATED  6/27/2019