CHAD A. BOWERS, ESQ.
Nevada Bar No. 7283
**CHAD A. BOWERS, LTD.**
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
Telephone(702) 457-1001
Facsimile(702) 457-8006

E. BRENT BRYSON, ESQ.
**E. BRENT BRYSON, LTD.**
Nevada Bar No. 4933
7730 W. Sahara Ave., Suite 109
Las Vegas, NV 89117
Telephone: (702) 364-1234
Facsimile: (702) 364-1442

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MICHAEL KALIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WICKMAN, et al.,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00554-MMD-WGC<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE REPLY TO RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

Plaintiff, Michael J. Kalis, by and through counsel, Chad A. Bowers, Esq. and E. Brent Bryson, Esq., and Defendants Davis Brinkerhoff, Aaron Enbody, Richard Payne, Lisa Walsh an Harold Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree that the time to file a Reply to Defendants' Response to Motion for Leave to File Amended Complaint, shall be extended two weeks, until July 24, 2019.

The purpose of the Stipulation is due to the parties informally discussing a resolution to the issues contained in Defendants' Response to Motion for Leave to Amend Complaint.

\\\

| 1 | Dated this 15th day of July, 2019. | Dated this 15th day of July, 2019. |

s/Douglas R. Rands
DOUGLAS R. RANDS, ESQ.
Nevada Bar No. 3572
Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701
*Attorney for Defendants*

s/E. Brent Bryson
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
7730 West Sahara Avenue, Suite 109
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

### ORDER

The court respectfully suggests the parties may wish to review the recent Nevada Court of Appeals decision, *Craig v. Dr. Donnelly*, 439 P.3d 413 (2/28/19).

IT IS SO ORDERED.

Dated: July 16, 2019.

_____
U.S. MAGISTRATE JUDGE