AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775-684-1150
Email: drands@ag.nv.gov

*Attorneys for Defendants*
*State of Nevada ex rel, Nevada Department of Corrections,*
*Davis Brinkerhoff, Aaron Enbody, Richard Payne, Lisa Walsh*
*and Harold Wickham*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. KALIS,<br><br>          Plaintiff,<br><br>v.<br><br>WICKMAN, *et al.*,<br><br>          Defendants. | Case No. 3:17-cv-00554-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Michael J. Kalis, by and through counsel, Chad A. Bowers, Esq. and E. Brent Bryson, Esq., and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Each party will bear its own attorney's fees and costs, with the exception of the costs specifically referenced in the settlement agreement.

DATED this 31st day of July, 2020.

DATED this ___ day of ___, 2020

AARON D. FORD
Attorney General

By: _____
E. BRENT BRYSON, ESQ., Bar No. 4933
CHAD A. BOWERS, ESQ., Bar No. 7283
*Attorneys for Plaintiff*

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
**U.S. DISTRICT JUDGE**

DATED: August 7, 2020

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 7th day of August, 2020, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Chad A. Bowers, Esq.
Chad A. Bowers, Ltd.
3202 West Charleston Blvd.
Las Vegas, NV 89102

E. Brent Bryson, Esq.
E. Brent Bryson, Ltd.
7730 W. Sahara Ave, Suite 109
Las Vegas, NV 89117

                                       /s/ Perla M. Hernandez
                                  An employee of the
                                  Office of the Attorney General